S02A0222. THOMPSON v. THE STATE.
(559 SE2d 730)

HUNSTEIN, Justice.

Tony Thompson pled guilty to two counts of murder, among other charges, and was sentenced to life without parole in March 1998. In May 2001 Thompson filed a pro se "Motion to Void Conviction and Sentence pursuant to OCGA § 17-9-4 and Art. VI Supremacy Clause." Looking at the substance of the motion rather than its nomenclature, the filing was actually a motion to withdraw a guilty plea. His motion is thus untimely because it was filed after the term of court in which the plea was entered. *Downs v. State*, 270 Ga. 310 (509 SE2d 40) (1998); see also *Gipson v. State*, 269 Ga. 26 (494 SE2d 669) (1998). Since Thompson's only remedy for challenging his guilty plea is through the writ of habeas corpus, the trial court did not err by dismissing his motion.

*Judgment affirmed. All the Justices concur.*

DECIDED FEBRUARY 11, 2002 —
RECONSIDERATION DENIED MARCH 11, 2002.

Tony Thompson, *pro se.*

---

*Richard E. Currie, District Attorney, Thurbert E. Baker, Attorney General*, for appellee.